MARCIA T. BALBER, an Infant, by HENRY BALBER, Her Guardian ad Litem, et al., Appellants, v. CITY OF NEW YORK, Respondent.— Plaintiffs appeal from an order granting their motion to reconsider a previous determination made pursuant to subdivision (bb) of rule 2 of the Kings County Supreme Court Rules, which marked the action off the general calendar and placed it on a deferred calendar, and on reconsideration denying their motion for a preference. Order modified by striking from the second ordering paragraph thereof the word "denied" and by substituting therefor the words "granted to the extent of restoring the cause to the general calendar". As so modified, order affirmed, without costs. In our opinion, the proof presented was sufficient to entitle the plaintiffs to the relief sought. Wenzel, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ., concur.

■

MARY EDELMAN, Respondent, v. ABRAHAM EDELMAN, Appellant.— Pursuant to stipulation, appeal withdrawn, without costs. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Ughetta, JJ.

■

ANNE HOSDALE, as Administratrix of the Estate of STEVE HOSDALE, Deceased, Appellant, v. CHARLES MARRABELL, Doing Business as HOTEL SCHOENTAG, Respondent. ANNE HOSDALE et al., Appellants, v. CHARLES MARRABELL, Doing Business as HOTEL SCHOENTAG, Respondent.— In a consolidated action to recover damages for the wrongful death of the intestate of plaintiff Anne Hosdale and by the intestate's widow and infant child to recover damages pursuant to section 16 of the Civil Rights Law, the complaints were dismissed at the end of the plaintiffs' case. Judgment reversed and a new trial granted, with costs to appellants to abide the event. There was sufficient evidence of the decedent's intoxication and of defendant's negligence to establish a prima facie case. Although the record contains no evidence of the cause of decedent's death, it appears to have been assumed, on trial, that decedent was drowned while using defendant's swimming pool. In any event, the interests of justice require a new trial. Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ., concur.